UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ERICK TYRONE COLE, SR., 87-3671, | ) |
| | ) |
| Plaintiff, | ) |
| | )   CIVIL ACTION NO. |
| VS. | ) |
| | )   3:14-CV-0782-G (BF) |
| TERRELL POLICE DEPARTMENT, ET AL., | ) |
| | ) |
| Defendants. | ) |

## ORDER

After making the review required by 28 U.S.C. § 636(b), the court finds that the findings, conclusions and recommendation of the magistrate judge are correct, and they are hereby **ADOPTED** as the findings and conclusions of the court.

Accordingly, plaintiff's claims against the Terrell Police Department are **DISMISSED** with prejudice pursuant to 28 U.S.C. § 1915(e)(2); and plaintiff's remaining claims are **DISMISSED** with prejudice until the *Heck v. Humphrey*, 512 U.S. 477 (1994), conditions are met.

**SO ORDERED**.

April 30, 2014.

_____
**A. JOE FISH**
**Senior United States District Judge**